Exhibit 2

Official website of the State of North Carolina    Here's how you know

*Secretary of State*
# Elaine F. Marshall

MENU

Home    **Business Registration**    **Search**    Business Corporation

# Business Corporation

## Actions

- **File an Annual Report/Amend an Annual Report**
- **Online Filing**
- **Order a Document Online**
- **Add Entity to My Email Notification List**
- **View Filings**
- **Print a Pre-Populated Annual Report form**
- **Print an Amended a Annual Report form**

**Legal name:**  ABB Inc.

**Previous legal name:**  Abb Power Distribution Inc.

**Previous legal name:**  Abb Power T&D Company Inc.

**Previous legal name:**  Asea Brown Boveri, Inc.

**Previous legal name:**  Bbc Brown Boveri, Inc.

**Previous legal name:**  Brown Boveri Electric, Inc.

**Secretary of State Identification Number (SOSID):**  0014104

**Status:**  Current-Active

**Citizenship:**  Foreign

**State of Incorporation:**  DE

**Date formed:**  12/22/1980

**Fiscal month:**  December

**Citizenship:**  Foreign

**Registered agent:**  CT Corporation System

**Registered office address**

160 Mine Lake Ct Ste 200

Raleigh, NC 27615-6417

**Registered mailing address**

160 Mine Lake Ct Ste 200

Raleigh, NC 27615-6417

**mailing address**

305 Gregson Drive

Cary, NC 27511

**Principal office address**

305 Gregson Drive

Cary, NC 27511

**Officers**

- **Assistant Secretary**

  Brad_Anacker

  305 Gregson Drive
  Cary NC 27511

- **Assistant Secretary**

  Byron_Cropp

  305 Gregson Drive
  Cary NC 27511

- **Assistant Secretary**

  Justin_Cryder

  305 Gregson Drive
  Cary NC 27511

- **Assistant Secretary**

  Kara_Derosa

  305 Gregson Drive
  Cary NC 27511

- **President**

  Michael_Gray

  305 Gregson Drive
  Cary NC 27511Q

- **Senior Vice President**

  Daniel Hagmann

  305 Gregson Drive

  Cary NC 27511

- **Chief Information Officer**

  Daniel Hagmann

  305 Gregson Drive

  Cary NC 27511

- **Treasurer**

  John Healy

  305 Gregson Drive

  Cary NC 27511

- **Vice Secretary**

  John Healy

  305 Gregson Drive

  Cary NC 27511

- **Assistant Secretary**

  Marcus Trey Herrington

  305 Gregson Drive

  Cary NC 27511

- **Assistant Secretary**

  Kelvin Ihaza

  305 Gregson Drive

  Cary NC 27511

- **Assistant Secretary**

  Mark Johnson

  305 Gregson Drive

  Cary NC 27511

- **Assistant Secretary**

  Hasan Khasraw

  305 Gregson Drive

  Cary NC 27511

- **Assistant Secretary**

  Keith_Knauerhase

  305 Gregson Drive
  Cary NC 27511

- **Assistant Secretary**

  Gregory_Lohmueller

  305 Gregson Drive
  Cary NC 27511

- **Vice President**

  Michael_Plaster

  305 Gregson Drive
  Cary NC 27511

- **Assistant Secretary**

  Adam_Schmidt

  305 Gregson Drive
  Cary NC 27511

- **Secretary**

  Bridget_Smith

  305 Gregson Drive
  Cary NC 27511

**Stock:**

- **Class:** 99 SEE CERT

  **Shares:** 0

  **Par value:** 0

Return to top

## Other Agencies

NC Gov

State Board of Elections

## Links of Interest

National Association of Secretaries of State

Intellectual Property

North Carolina Birth Certificate Information

North Carolina State Bar

North Carolina Department of Commerce

North Carolina Department of Revenue

All North Carolina Government Organizations

NASAA - North American Securities Administrators Association

North Carolina Consular Corps

Secretary of State Disclaimer & Privacy

Hours of Operation Monday - Friday 8:00 am - 5:00 pm



  

## **North Carolina Secretary of State's Office**

### Contact Us

919-814-5400   Support   Division Directory