**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | | |
|---|---|---|
| **ROSS DONALD MUCKEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 7:25-cv-910** |
| | ) | |
| **ABB INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

COMES NOW, Plaintiff Ross Donald Muckey, by counsel, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses this action with prejudice.  Defendant

ABB Inc. consents to this stipulated dismissal.

Dated: March 24, 2026     Respectfully submitted,

         **ROSS DONALD MUCKEY**

         */s/ Thomas E. Strelka*
         Thomas E. Strelka, Esq. (VSB # 75488)
         L. Leigh Rhoads, Esq. (VSB # 73355)
         VIRGINIA EMPLOYMENT LAW
         4227 Colonial Avenue
         Roanoke, VA 24018
         Tel: 540-283-0802
         thomas@vaemployment.law
         leigh@vaemployment.law

         *Counsel for Ross Donald Muckey*

         **ABB INC.**

         */s/ D. Paul Holdsworth*
         D. Paul Holdsworth (VSB # 89258)
         N. Winston West, IV (VSB # 92598)

JACKSON LEWIS P.C.
701 E. Byrd St., 17th Floor
Richmond, VA 23219
Tel: (804) 649-0404
Fax: (804) 649-0403
Paul.Holdsworth@jacksonlewis.com
Winston.West@jacksonlewis.com

*Counsel for ABB Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, and also sent a copy of this filing by electronic mail to the

following:

D. Paul Holdsworth (VSB # 89258)
N. Winston West, IV (VSB # 92598)
JACKSON LEWIS P.C.
701 E. Byrd St., 17th Floor
Richmond, VA 23219
P.O. Box 85068
Richmond, VA 23285
Tel: (804) 649-0404
Fax: (804) 649-0403
Paul.Holdsworth@jacksonlewis.com
Winston.West@jacksonlewis.com

*Counsel for ABB Inc.*

 */s/ Thomas E. Strelka*
Thomas E. Strelka, Esq. (VSB # 75488)
L. Leigh Rhoads, Esq. (VSB # 73355)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: 540-283-0802
thomas@vaemployment.law
leigh@vaemployment.law

*Counsel for Ross Donald Muckey*

4929-0757-3911, v. 1